UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-80115 CR-MIDDLEBROOKS

MAGISTRATE JUDGE JOHNSON

18 USC § 922(g)(1)
18 USC § 924(e)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHNNY LEE MOYE,

    Defendant.

_____/

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

On or about July 20, 2004, in Palm Beach County, in the Southern District of Florida, the defendant,

**JOHNNY LEE MOYE,**

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm or rounds of ammunition in or affecting commerce, that is, a Heckler & Koch .40 caliber semi-automatic pistol, and

approximately two (2) rounds of Cor-Bon manufactured .40 caliber ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

A TRUE BILL:

_____
FOREPERSON

_____
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
JOHN C. McMILLAN, JR.
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
vs. **04-80115**

JOHNNY LEE MOYE,
_____ Defendant. /

CASE NO. CR-MIDDLEBROOKS
~~MAGISTRATE JUDGE JOHNSON~~

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

| | | |
|---|---|---|
| New Defendant(s) | Yes ___ | No ___ |
| Number of New Defendants | ___ | |
| Total number of counts | ___ | |

**Court Division:** (Select One)

___ Miami  ___ Key West
___ FTL  _X_ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____

4. This case will take **2-3** days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | ___ |
   | II | 6 to 10 days | ___ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | _X_ |
   | V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) **No**
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **No**
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: **N/A**
   Defendant(s) in federal custody as of **N/A**
   Defendant(s) in state custody as of **7/20/04**
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? ___ Yes _X_ No

8. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No
   If yes, was it pending in the Central Region? ___ Yes ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003? ___ Yes _X_ No

_____
JOHN C. McMILLAN, JR.
ASSISTANT UNITED STATES ATTORNEY
Admin. No. A5500228

Penalty Sheet(s) attached                                                REV.1/14/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

Defendant's Name: JOHNNY LEE MOYE

04-80115-CR-MIDDLEBROOKS  MAGISTRATE JUDGE
JOHNSON

Count One:

18:USC 922(g)(1) and 924(e)

*Max. Penalty: 15 Years to Life Imprisonment; $250,000 Fine;

Count

*Max. Penalty:

Count

*Max. Penalty

Count

*Max. Penalty

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

No. _____

# UNITED STATES DISTRICT COURT

_Southern_ **District of** _Florida_

_Northern_ **Division**

# THE UNITED STATES OF AMERICA

vs.

JOHNNY LEE MOYE

## INDICTMENT

18 USC § 922(g)(1)
18 USC § 924(e)

_A true bill._

_____
_Foreman_

_Filed in open court this_ _19th_ _day_

_of_ _August_ , A.D. 20 _04_ .

_____
**Clerk**

_Bail,_ $ _____

GPO 863 928