CR 12 (Rev. 9/82)   WARRANT FOR ARREST   AUSA McMil  /Berger, ATF

# United States District Court

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>JOHNNY LEE MOYE | DISTRICT: Southern District of Florida<br>DOCKET NO. 04-80115-CR-MIDDLEBROOKS<br>MAGISTRATE CASE NO. MAGISTRATE JUDGE JOHNSON<br>NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Johnny Lee Moye<br>Palm Beach County Jail<br>Booking Number 2004334946<br>DOB: 03/04/76   SSN: 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<br>B/M |

WARRANT ISSUED ON THE BASIS OF:
☒ Indictment  ☐ Information  ☐ Order of Court  ☐ Complaint

TO: United States Marshals Service or any other authorized representative

DISTRICT OF ARREST:
CITY:

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Felon in possession of a firearm and ammunition

FILED BY _____ D.C.
04 AUG 19 PM 4:38
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - WPB

| IN VIOLATION OF | UNITED STATES CODE TITLE | SECTION |
|---|---|---|
| | 18 | 922(g)(1) and 924(e) |

BAIL FIXED BY COURT: no bond
OTHER CONDITIONS OF RELEASE:

ORDERED BY: LINNEA R. JOHNSON, UNITED STATES MAGISTRATE JUDGE
SIGNATURE (JUDGE/U.S. MAGISTRATE): [signature]
DATE: 8-19-04

CLERK OF COURT: CLARENCE MADDOX
(BY) DEPUTY CLERK: [signature]
DATE ISSUED: 8/19/04

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

[1] United States Judge or Judge of a State Court of Record

# 04-80115 CR-MIDDLEBROOKS

JOHNNY LEE MOYE

---

DEFENDANT

Pre Trial Detention is recommended as to defendant.

JOHN C. McMILLAN, JR.
ASSISTANT UNITED STATES ATTORNEY